IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:19-CV-00577-RJC-DCK

| | |
|---|---|
| QUEEN CITY TELEVISION SERVICE CO., INC., <br><br> **Plaintiff,** <br><br> v. <br><br> QUEEN CITY APPLIANCE REPAIRS, LLC, BENNY STAFFORD and TONY SCOTT, <br><br> **Defendants.** | DECLARATION OF SERVICE |

I, Phillip Fajgenbaum, being duly sworn, deposes and says:

1. I am an attorney with Parker Poe Adams & Bernstein LLP, which is counsel for the Plaintiff, Queen City Television Service Co., Inc. in the above-captioned matter. I am admitted to practice before this Court and make this declaration regarding proof of service of process on Defendant Benny Stafford. I am over 18 years of age, under no disability and have personal knowledge of the facts set forth herein.

2. On October 6, 2020, an Order Granting Default Judgment and Permanent Injunction was issued by this Court.

3. A copy of the Order Granting Default Judgment and Permanent Injunction was sent to Defendant Benny Stafford via Federal Express on February 8, 2023, addressed as follows:

Benny Stafford
144 Mellow Drive
Charlotte, North Carolina 28213

4. The Order Granting Default Judgment and Permanent Injunction were, in fact, served on February 14, 2023, as evidenced by the FedEx proof of delivery confirmation, attached hereto as **Exhibit A**.

This 2nd day of March 2023.

/s/ Phillip Fajgenbaum
Phillip Fajgenbaum
*Attorney for Plaintiff, Queen City Television Service Co., Inc.*

PARKER POE ADAMS & BERNSTEIN LLP
620 S. Tryon Street, Suite 800
Charlotte, NC  28202
Tel: (704) 372-9000
Fax: (704) 334-4706
phillipfajgenbaum@parkerpoe.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Declaration of Service* was electronically filed with the Clerk of Court using the CM/ECF system and served upon the parties of record via United States First Class Mail, postage prepaid, addressed as follows:

Queen City Appliance Repairs, LLC
c/o Registered Agent, Tony Scott
5822 Carved Oak Circle
Charlotte, NC 28227

Tony Scott
5822 Carved Oak Circle
Charlotte, NC 28227

Benny Stafford
144 Mellow Drive
Charlotte, NC 28213

This the 2nd day of March, 2023.

/s/ Phillip Fajgenbaum
Phillip Fajgenbaum
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
phillipfajgenbaum@parkerpoe.com

**EXHIBIT A**



February 15, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771253099511

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | B.STAFFORD | **Delivery Location:** | 144 MELLOW DR |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | CHARLOTTE, NC, 28213 |
| | | **Delivery date:** | Feb 14, 2023 11:54 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771253099511 | **Ship Date:** | Feb 8, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Benny Stafford, ADULT SIGNATURE REQUIRED
144 Mellow Drive
CHARLOTTE, NC, US, 28213

**Shipper:**
Courtney Volz, Parker Poe Adams & Bernstein LLP
620 South Tryon Street
Suite 800
Charlotte, NC, US, 28202

**Reference** 32857-00002



Thank you for choosing FedEx